# EXHIBIT A

# ANTHONY M. TRAINI, P.C.
## ATTORNEY AT LAW

56 PINE STREET - SUITE 200 • PROVIDENCE, RI 02903-2819 • TELEPHONE (401) 621-4700 • FAX (401) 621-5888
E-MAIL: amt@atrainilaw.com

<u>VIA FEDEX TRK. NO. 8624 0034 2223</u>

14 June 2018

Federal Bureau of Investigation
Attn:   Forfeiture Paralegal Specialist
201 Maple Street
Chelsea MA 02150

Re:     Stuart Gitlow, M.D., d/b/a Woonsocket Wellness
        32 Mechanic Street, Suite 102
        Woonsocket RI 02895

Dear Sir/Madam:

Enclosed please find the following filed on behalf of Stuart Gitlow, M.D., d/b/a Woonsocket Wellness, 32 Mechanic Street, Suite 102, Woonsocket RI 02895:

1.      Claim For Seized Property, which property was seized by the F.B.I. on March 17, 2018 at Woonsocket RI; and

2.      Petition For Remission/Mitigation of the property seized by the F.B.I. on March 17, 2018 at Woonsocket RI.

Thank you for your attention.

Yours very truly,

Anthony M. Traini

# CLAIM FOR SEIZED PROPERTY

18 U.S.C. §983 AND ALL OTHER APPLICABLE LAWS OF THE UNITED STATES

## I.   CLAIMANT IDENTIFICATION AND CONTACT INFORMATION

Claimant:                           Gitlow, Stuart, M.D.
Business:                           D/B/A  Woonsocket Wellness
Address:                            32 Mechanic Street, Suite 102
                                         Woonsocket RI 02895

SSN:

Attorney for Claimant:      Anthony M. Traini, Esq.
Attorney Address:             56 Pine Street, Suite 200
                                         Providence RI 02903
Attorney Phone:               401-621-4700
Attorney Fax:                    401-621-5888
Attorney Email:                 amt@atrainilaw.com

**PLEASE PROVIDE ALL NOTICES AND OTHER COMMUNICATIONS TO BOTH ME AND MY ATTORNEY VIA THE CONTACT INFORMATION PROVIDED ABOVE**

## II.   LIST OF SEIZED ASSETS

Seized by the F.B.I. on March 17, 2018, at Woonsocket RI:

| Asset ID | Asset Description | Asset Value | Account No. |
|---|---|---|---|
| 18-FBI-002635 | $13,530.00 U.S. Currency | $13,530.00 | N/A |
| 18-FBI-002862 | $   98.00 U.S. Currency | $   98.00 | N/A |

## III.   INTEREST IN PROPERTY

The total amount of the seized assets is mine.  All of it represents earnings derived from providing medical services rendered to patients in my medical practice.  I am properly licensed to practice medicine, and committed no crime in the course of my medical practice or in earning these assets, which are therefore not the proceeds of any illegal activity.  I HAD NO CAUSE TO BELIEVE THAT THESE ASSETS WERE OR WOULD BECOME SUBJECT TO FORFEITURE AT THE TIME I ACQUIRED MY INTEREST IN THEM.  No supporting documents are included at this time because any relevant documents would compromise the confidentiality of my patients, including their identification and treatment information, which is protected from disclosure under state and federal law.  To the extent such documentation is necessary for production at any hearing, trial or other administrative proceeding, appropriate measures will be sought for protection of any such material.

Claim for Seized Property
Gitlow, Stuart, M.D.
D/B/A/ Woonsocket Wellness
June 14, 2018
Page Two


## IV.    RECOVERY OF LOSS

I have not recovered any of this property through insurance or any other means.


## V.    DECLARATION AND REPRESENTATION

I attest and declare under penalty that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Stuart Gitlow, M.D.
June 14, 2018



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, DC 20535*

Woonsocket Wellness
32 Mechanic St
Suite 102
Woonsocket, RI 02895

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: May 16, 2018 | Asset ID Number: Multiple Assets |
|---|---|
| Notice Letter ID: 7860 (use ID when searching for assets during online filing) | |
| Description of Seized Property: See Attached List | |
| Seizure Date and Location: See Attached List | |
| Forfeiture Authority: See Attached List | |

I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:** You may file both a claim (see section I above) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be signed under oath, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Woonsocket Wellness

Notice of Seizure

II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150.

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST on June 20, 2018.** *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be made under oath, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. See 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. See 18 U.S.C. § 1001.

I. **If No Claim Is Filed:** Failure to file a claim by **11:59 PM EST on June 20, 2018** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release.** Upon the filing of a proper claim, a Claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the Claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f), 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The Claimant must establish the following:
   • Claimant has a possessory interest in the property;
   • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   • Government's continued possession will cause a substantial hardship to the Claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Woonsocket Wellness

Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 17, 2018 by the FBI at Woonsocket, Rhode Island.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 18-FBI-002635 | $13,530.00 U.S. Currency | $13,530.00 | |
| 18-FBI-002862 | $98.00 U.S. Currency | $98.00 | |

## PETITION FOR REMISSION/MITIGATION OF SEIZED PROPERTY

18 U.S.C. §983 AND ALL OTHER APPLICABLE LAWS OF THE UNITED STATES

### I.      PETITIONER IDENTIFICATION AND CONTACT INFORMATION

| | |
|---|---|
| Petitioner: | Gitlow, Stuart, M.D. |
| Business: | D/B/A Woonsocket Wellness |
| Address: | 32 Mechanic Street, Suite 102 |
| | Woonsocket RI 02895 |
| SSN: | |

| | |
|---|---|
| Attorney for Petitioner: | Anthony M. Traini, Esq. |
| Attorney Address: | 56 Pine Street, Suite 200 |
| | Providence RI 02903 |
| Attorney Phone: | 401-621-4700 |
| Attorney Fax: | 401-621-5888 |
| Attorney Email: | amt@atrainilaw.com |

**PLEASE PROVIDE ALL NOTICES AND OTHER COMMUNICATIONS TO BOTH ME AND MY ATTORNEY VIA THE CONTACT INFORMATION PROVIDED ABOVE**

### II.      LIST OF SEIZED ASSETS

Seized by the F.B.I. on March 17, 2018, at Woonsocket RI:

| Asset ID | Asset Description | Asset Value | Account No. |
|---|---|---|---|
| 18-FBI-002635 | $13,530.00 U.S. Currency | $13,530.00 | N/A |
| 18-FBI-002862 | $     98.00 U.S. Currency | $    98.00 | N/A |

### III.      INTEREST IN PROPERTY-OWNER

The total amount of the seized assets is mine.  All of it represents earnings derived from providing medical services rendered to patients in my medical practice.  I am properly licensed to practice medicine, and committed no crime in the course of my medical practice or in earning these assets, which are therefore not the proceeds of any illegal activity.  I HAD NO CAUSE TO BELIEVE THAT THESE ASSETS WERE OR WOULD BECOME SUBJECT TO FORFEITURE AT THE TIME I ACQUIRED MY INTEREST IN THEM.  No supporting documents are included at this time because any relevant documents would compromise the confidentiality of my patients, including their identification and treatment information, which is protected from disclosure under state and federal law.  To the extent such documentation is necessary for production at any hearing, trial or other administrative proceeding, appropriate measures will be sought for protection of any such material.

Petition for Remission/Mitigation of Seized Property
Gitlow, Stuart, M.D.
D/B/A/ Woonsocket Wellness
June 14, 2018
Page Two

## IV.    RECOVERY OF LOSS

I have not recovered any of this property through insurance or any other means.

## V.    DECLARATION AND REPRESENTATION

I attest and declare under penalty that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
Stuart Gitlow, M.D.
June 14, 2018



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, DC 20535*

Woonsocket Wellness
32 Mechanic St
Suite 102
Woonsocket, RI 02895

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: May 16, 2018 | Asset ID Number: Multiple Assets |
|---|---|
| Notice Letter ID: 7860 (use ID when searching for assets during online filing) | |
| Description of Seized Property: See Attached List | |
| Seizure Date and Location: See Attached List | |
| Forfeiture Authority: See Attached List | |

I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:** You may file both a claim (see section I above) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be signed under oath, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Woonsocket Wellness                              Notice of Seizure

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**
   *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil*

   A. **To File a Claim:**   A claim must be filed to contest the forfeiture.   A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn' Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150.
   B. **Time Limits:**   A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST on June 20, 2018.**   See 18 U.S.C. § 983(a)(2).   A claim is deemed filed on the date received by the agency at the address listed above.
   C. **Requirements for Claim:**   A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.   See 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
   D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm.   See 18 U.S.C. § 983(a)(2)(D).   If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above
   E. **Supporting Evidence:**   Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
   F. **No Attorney Required:**   You do not need an attorney to file a claim.   You may, however, hire an attorney to represent you in filing a claim.
   G. **When You File a Claim:**   A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.   You may also file a petition for remission or mitigation.

   H. **Penalties for Filing False or Frivolous Claims:**   If you intentionally file a frivolous claim you may be subject to a civil fine. See 18 U.S.C. § 983(h).   If you intentionally file a claim containing false information, you may be subject to criminal prosecution.   See 18 U.S.C. § 1001.
   I. **If No Claim is Filed:**   Failure to file a claim by **11:59 PM EST on June 20, 2018** may result in the property being forfeited to the United States.
   J. **Online Claim Exclusions:**   If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.   For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

   A. **Hardship Release:** Upon the filing of a proper claim, a Claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the Claimant is able to meet specific conditions.   See 18 U.S.C. § 983(f); 28 C.F.R. § 8.15
   B. **To File Hardship Release:**   The hardship request cannot be filed online and must be in writing. The Claimant must establish the following:
      • Claimant has a possessory interest in the property;
      • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
      • Government's continued possession will cause a substantial hardship to the Claimant.
   C. **Regulations for Hardship:**   A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release

Woonsocket Wellness

Notice of Seizure

Asset List

Seizure Date and Location: The asset(s) referenced in this notice letter were seized on March 17, 2018 by the FBI at Woonsocket, Rhode Island.

Forfeiture Authority: The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|----------|-------------------|-------------|--------------------|
| 18-FBI-002635 | $13,530.00 U.S. Currency | $13,530.00 | |
| 18-FBI-002862 | $98.00 U.S. Currency | $98.00 | |

# ANTHONY M. TRAINI, P.C.
## ATTORNEY AT LAW

56 PINE STREET - SUITE 200 ● PROVIDENCE, RI 02903-2819 ● TELEPHONE (401) 621-4700 ● FAX (401) 621-5888
E-MAIL: amt@atrainilaw.com

**VIA FEDEX TRK. NO. 8624 0034 2223**

14 June 2018

Federal Bureau of Investigation
Attn:   Forfeiture Paralegal Specialist
201 Maple Street
Chelsea MA 02150

Re:   Stuart Gitlow, M.D.
      153 Gaskill Street
      Woonsocket RI 02895

Dear Sir/Madam:

Enclosed please find the following filed on behalf of Stuart Gitlow, M.D., 153 Gaskill Street, Woonsocket RI 02895:

1.   Claim For Seized Property, which property was seized by the F.B.I. on March 17, 2018 at Woonsocket RI and on March 19, 2018 at Boston, MA; and

2.   Petition For Remission/Mitigation of the property seized by the F.B.I. on March 17, 2018 at Woonsocket RI and on March 19, 2018 at Boston, MA.

Thank you for your attention.

Yours very truly,

Anthony M. Traini

## CLAIM FOR SEIZED PROPERTY

18 U.S.C. §983 AND ALL OTHER APPLICABLE LAWS OF THE UNITED STATES

## I.     CLAIMANT IDENTIFICATION AND CONTACT INFORMATION

Claimant:                        Gitlow, Stuart, M.D.
Address:                         153 Gaskill Street
                                 Woonsocket RI 02895
SSN:

Attorney for Claimant:           Anthony M. Traini, Esq.
Attorney Address:                56 Pine Street, Suite 200
                                 Providence RI 02903
Attorney Phone:                  401-621-4700
Attorney Fax:                    401-621-5888
Attorney Email:                  amt@atrainilaw.com

**PLEASE PROVIDE ALL NOTICES AND OTHER COMMUNICATIONS TO BOTH ME
AND MY ATTORNEY VIA THE CONTACT INFORMATION PROVIDED ABOVE**

## II.    LIST OF SEIZED ASSETS

Seized by the F.B.I. on March 17, 2018, at Woonsocket RI:

| Asset ID | Asset Description | Asset Value | Account No. |
|---|---|---|---|
| 18-FBI-002634 | $222,795.00 U.S. Currency | $222,795.00 | N/A |
| 18-FBI-002635 | $ 13,530.00 U.S. Currency | $ 13,530.00 | N/A |
| 18-FBI-002636 | Miscellaneous Silver Coins | $      1.00 | N/A |
|  | 17     5-oz. silver colored coins in individual clear cases and blue boxes | $      1.00 | N/A |
|  | 2     Blue-toned collection booklet containing 18 silver dollar coins | $     36.00 | N/A |

Seized by the F.B.I. on March 19, 2018, at Boston MA:

| Asset ID | Asset Description | Asset Value | Account No. |
|---|---|---|---|
| 18-FBI-002680 | $319,615.53 in funds from Bank Account #      9335 in the name of Stuart Gitlow, M.D. at Bank of America, Boston MA | $319,615.53 | 3356 |

Claim for Seized Property
Gitlow, Stuart, M.D.
June 14, 2018
Page Two


## III.   INTEREST IN PROPERTY

The total amount of the United States Currency seized at my home on March 17, 2018, and the funds in the account at Bank of America seized on March 19, 2018 in Boston, is mine.  All of it represents earnings derived from providing medical services rendered to patients in my medical practice.  I am properly licensed to practice medicine, and committed no crime in the course of my medical practice or in earning these assets, which are therefore not the proceeds or any illegal activity.  I HAD NO CAUSE TO BELIEVE THAT THESE ASSETS WERE OR WOULD BECOME SUBJECT TO FORFEITURE AT THE TIME I ACQUIRED MY INTEREST IN THEM.  No supporting documents are included at this time because any relevant documents would compromise the confidentiality of my patients, including their identification and treatment information, which is protected from disclosure under state and federal law.  To the extent such documentation is necessary for production at any hearing, trial or other administrative proceeding, appropriate measures will be sought for protection of any such material.

The silver coins and silver dollars seized at my home on March 17, 2018 are mine.  I have been casually and informally collecting coins since the mid-1970s and these coins were part of those that I had acquired over the years.

## IV.   RECOVERY OF LOSS

I have not recovered any of this property through insurance or any other means.


## V.   DECLARATION AND REPRESENTATION

I attest and declare under penalty that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Stuart Gitlow, M.D.
June 14, 2018



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, DC 20535*

Stuart Gitlow
153 Gaskill St
Woonsocket, RI 02895

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date:  May 16, 2018 | Asset ID Number:  Multiple Assets |
|---|---|
| Notice Letter ID:  7859  (use ID when searching for assets during online filing) ||
| Description of Seized Property:  See Attached List ||
| Seizure Date and Location:  See Attached List ||
| Forfeiture Authority:  See Attached List ||

I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:**  You may file both a claim (see section I above) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:**  A petition should be filed online or  by mailing it  via the U.S. Postal Service or  a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  See 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:**  The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be signed under oath, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  See 28 U.S.C. § 1746.

D. **Petition Forms:**  A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm.  If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:**  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:**  You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:**  The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel,  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  See 28 C.F.R. § 9.1.

H. **Regulations for Petition:**  The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:**  A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:**  If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

**II.  TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A.  **To File a Claim:**  A claim must be filed to contest the forfeiture.  A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150

B.  **Time Limits:**  A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST on June 20, 2018.**  *See* 18 U.S.C. § 983(a)(2).  A claim is deemed filed on the date received by the agency at the address listed above.

C.  **Requirements for Claim:**  A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be made under oath, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D.  **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm,  *See* 18 U.S.C. § 983(a)(2)(D).  If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E.  **Supporting Evidence:**  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F.  **No Attorney Required:**  You do not need an attorney to file a claim.  You may, however, hire an attorney to represent you in filing a claim.

G.  **When You File a Claim:**  A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings.  You may also file a petition for remission or mitigation

H.  **Penalties for Filing False or Frivolous Claims:**  If you intentionally file a frivolous claim you may be subject to a civil fine. See 18 U.S.C. § 983(h).  If you intentionally file a claim containing false information, you may be subject to criminal prosecution.  See 18 U.S.C. § 1001

I.  **If No Claim is Filed:**  Failure to file a claim by **11:59 PM EST on June 20, 2018** may result in the property being forfeited to the United States

J.  **Online Claim Exclusions:**  If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above.  For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

**III.  TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

A.  **Hardship Release:** Upon the filing of a proper claim, a Claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the Claimant is able to meet specific conditions.  *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B.  **To File Hardship Release:**  The hardship request cannot be filed online and must be in writing. The Claimant must establish the following:
   • Claimant has a possessory interest in the property;
   • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   • Government's continued possession will cause a substantial hardship to the Claimant.

C.  **Regulations for Hardship:**  A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15  Some assets are not eligible for release.

Stuart Gitlow

Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 17, 2018 by the FBI at Woonsocket, Rhode Island.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|---|
| 18-FBI-002634 | $222,795.00 U.S. Currency | | $222,795.00 | |
| 18-FBI-002635 | $13,530.00 U.S. Currency | | $13,530.00 | |
| 18-FBI-002636 | Miscellaneous Silver coins | | $1.00 | |
| | 17 | 5-oz silver colored coins in individual clear cases and blue boxes, | $1.00 | |
| | 2 | Blue-toned collection booklet containing 18 silver dollar coins | $38.00 | |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 19, 2018 by the FBI at Boston, Massachusetts.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 18-FBI-002680 | $319,615.53 in funds from Bank Account # 3356 in the name of Stuart Gitlow M.D. at Bank of America, Boston, MA | $319,615.53 | 3356 |

## PETITION FOR REMISSION/MITIGATIONOF SEIZED PROPERTY

18 U.S.C. §983 AND ALL OTHER APPLICABLE LAWS OF THE UNITED STATES

## I.      PETITIONER IDENTIFICATION AND CONTACT INFORMATION

Petitioner:            Gitlow, Stuart, M.D.
Address:               153 Gaskill Street
                       Woonsocket RI 02895
SSN:

Attorney for Petitioner:   Anthony M. Traini, Esq.
Attorney Address:          56 Pine Street, Suite 200
                           Providence RI 02903
Attorney Phone:            401-621-4700
Attorney Fax:              401-621-5888
Attorney Email:            amt@atrainilaw.com

## PLEASE PROVIDE ALL NOTICES AND OTHER COMMUNICATIONS TO BOTH ME AND MY ATTORNEY VIA THE CONTACT INFORMATION PROVIDED ABOVE

## II.     LIST OF SEIZED ASSETS

Seized by the F.B.I. on March 17, 2018, at Woonsocket RI:

| Asset ID | Asset Description | Asset Value | Account No. |
| --- | --- | --- | --- |
| 18-FBI-002634 | $222,795.00 U.S. Currency | $222,795.00 | N/A |
| 18-FBI-002635 | $ 13,530.00 U.S. Currency | $ 13,530.00 | N/A |
| 18-FBI-002636 | Miscellaneous Silver Coins | $       1.00 | N/A |
|  | 17      5-oz. silver colored coins in individual clear cases and blue boxes | $       1.00 | N/A |
|  | 2       Blue-toned collection booklet containing 18 silver dollar coins | $     36.00 | N/A |

Seized by the F.B.I. on March 19, 2018, at Boston MA:

| Asset ID | Asset Description | Asset Value | Account No. |
| --- | --- | --- | --- |
| 18-FBI-002680 | $319,615.53 in funds from Bank Account #      335 in the name of Stuart Gitlow, M.D. at Bank of America, Boston MA | $319,615.53 | 3356 |

Petition for Remission/Mitigation of Seized Property
Gitlow, Stuart, M.D.
June 14, 2018
Page Two


## III.   INTEREST IN PROPERTY-OWNER

The total amount of the United States Currency seized at my home on March 17, 2018, and the funds in the account at Bank of America seized on March 19, 2018 in Boston, is mine.  All of it represents earnings derived from providing medical services rendered to patients in my medical practice.  I am properly licensed to practice medicine, and committed no crime in the course of my medical practice or in earning these assets, which are therefore not the proceeds or any illegal activity.  I HAD NO CAUSE TO BELIEVE THAT THESE ASSETS WERE OR WOULD BECOME SUBJECT TO FORFEITURE AT THE TIME I ACQUIRED MY INTEREST IN THEM.  No supporting documents are included at this time because any relevant documents would compromise the confidentiality of my patients, including their identification and treatment information, which is protected from disclosure under state and federal law.  To the extent such documentation is necessary for production at any hearing, trial or other administrative proceeding, appropriate measures will be sought for protection of any such material.

The silver coins and silver dollars seized at my home on March 17, 2018 are mine.  I have been casually and informally collecting coins since the mid-1970s and these coins were part of those that I had acquired over the years.

## IV.   RECOVERY OF LOSS

I have not recovered any of this property through insurance or any other means.


## V.   DECLARATION AND REPRESENTATION

I attest and declare under penalty that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Stuart Gitlow, M.D.
June 14, 2018



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, DC 20535*

Stuart Gitlow
153 Gaskill St
Woonsocket, RI 02895

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** May 16, 2018 | **Asset ID Number:** Multiple Assets |

**Notice Letter ID:** 7859 (use ID when searching for assets during online filing)

**Description of Seized Property:** See Attached List

**Seizure Date and Location:** See Attached List

**Forfeiture Authority:** See Attached List

I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.

TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION

A. **What to File:** You may file both a claim (see section I above) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. See 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be signed under oath, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. See 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**
*If you do not file a claim; you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 201 Maple St, Chelsea, MA 02150

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter, therefore, you must file your claim by **11:59 PM EST** on **June 20, 2018**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be made under oath, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm, *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. See 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. See 18 U.S.C. § 1001

I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **June 20, 2018** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

A. **Hardship Release:** Upon the filing of a proper claim, a Claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the Claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The Claimant must establish the following:
   • Claimant has a possessory interest in the property;
   • Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   • Government's continued possession will cause a substantial hardship to the Claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Stuart Gitlow                                              Notice of Seizure

Asset List

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 17, 2018 by the FBI at Woonsocket, Rhode Island

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|----------|-------------------|---|-------------|---------------------|
| 18-FBI-002634 | $222,795.00 U.S. Currency | | $222,795.00 | |
| 18-FBI-002635 | $13,530.00 U.S. Currency | | $13,530.00 | |
| 18-FBI-002636 | Miscellaneous Silver coins | | $1.00 | |
| | 17 | 5-oz silver colored coins in individual clear cases and blue boxes. | $1.00 | |
| | 2 | Blue-toned collection booklet containing 18 silver dollar coins | $38.00 | |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on March 19, 2018 by the FBI at Boston, Massachusetts.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(C) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|----------|-------------------|---|-------------|---------------------|
| 18-FBI-002680 | $319,615.53 in funds from Bank Account # 3356 in the name of Stuart Gitlow M.D. at Bank of America, Boston, MA | | $319,615.53 | 3356 |